[No. 25534-4-III. Division Three. July 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. NIKOLE RAE
MERCER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 05-1-01347-1, Robert G. Swisher and Craig J.
Matheson, JJ., entered June 21 and September 7, 2006.
*Affirmed* by unpublished opinion per Kulik, A.C.J., con-
curred in by Brown, J., and Thompson, J. Pro Tem.

[Nos. 25549-2-III; 25550-6-III; Division Three. July 15, 2008.]
  25551-4-III; 25552-2-III.

*In the Matter of the Welfare of* J.L.

*In the Matter of the Welfare of* C.L.

Appeals from judgments of the Superior Court for Spo-
kane County, Nos. 04-7-02201-3 and 04-7-02202-1, Neal Q.
Rielly, J., entered September 27, 2006. *Affirmed* by unpub-
lished opinion per Schultheis, C.J., concurred in by Brown
and Kulik, JJ.

[No. 26103-4-III. Division Three. July 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON DOUGLAS
SIBBETT, *Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 06-1-01589-8, Vic L. VanderSchoor and
Cameron Mitchell, JJ., entered May 3 and 8, 2007. *Reversed*
and *remanded* by unpublished opinion per Kulik, J., con-
curred in by Schultheis, C.J., and Korsmo, J.